UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHAWN MURPHY,

                      Plaintiff,

v.                                                    Case No. 18-cv-584-pp

C. HARTMAN, JAMES MUENCHOW,
N. KAMPHUIS, BRETT HELMER,
AIMEE WILSON, and
WISCONSIN DEPARTMENT OF CORRECTIONS,

                      Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION FOR COURT ORDER TO USE RELEASE ACCOUNT TO PAY INITIAL PARTIAL FILING FEE (DKT. NO. 7)**

---

       The plaintiff is a Wisconsin state prisoner representing himself. On April 13, 2018, the court ordered the plaintiff to pay an initial partial filing fee of $1.73 to the Clerk of Court, under the Prison Litigation Reform Act (28 U.S.C. §1915(b)(1)). Dkt. No. 5. The plaintiff has filed a motion, asking the court to issue an order allowing him to use his release account to pay the initial partial filing fee. Dkt. No. 7. He states that, due to other obligations, he does not have money in his regular account, but that he does have money in his release account. Id.

       The court will direct that by May 21, 2018, the warden at the Waupun Correctional Institution shall submit to the Clerk of Court $1.73 as the plaintiff's payment of his initial partial filing fee. See Doty v. Doyle, 182 F. Supp. 2d 750, 751-52 (E.D. Wis. 2002).

1

The court **GRANTS** the plaintiff's motion for court order to use release account to pay initial partial filing fee. Dkt. No. 7.

The court **ORDERS** the agency having custody of the plaintiff to withdraw $1.73 from the plaintiff's release account and forward that sum to the Clerk of Court as the plaintiff's initial partial filing fee, in time for the court to receive it on or before **May 21, 2018**.

The court will send a copy of this order to the agency having custody of the plaintiff.

Dated in Milwaukee, Wisconsin this 7th day of May, 2018.

        **BY THE COURT:**

        _____
        **HON. PAMELA PEPPER**
        **United States District Judge**